# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

BRUCE JOSEPH HATTRICK,

    Plaintiff,

  v.

CITY OF KETCHIKAN, JOHN KLEINEGGER, and SETH BRAKKE,

    Defendants.

Case No. 5:20-cv-00013-SLG

## ORDER REGARDING SERVICE OF SUMMONS AND COMPLAINT

Plaintiff Bruce Hattrick commenced this action in October 2020. He has paid the filing fee. Pursuant to this Court's order at Docket 2, he filed a Complaint in November 2020.[1] He also submitted summonses to the Clerk of Court; however, those summons were not issued because the Clerk of Court determined they were not in proper form. This order is now being issued to direct Mr. Hattrick how to proceed so as to effect service on the named defendants in this case.

IT IS THEREFORE ORDERED:

1. Mr. Hattrick shall proceed with the steps outlined in this order to ensure that service of process on each of the defendants is completed no later than **ninety (90) days from the date of this order**.[2] This means that no later

---

[1] Docket 7.

[2] *See* Fed. R. Civ. P. 4(m).

than 90 days from the date of this order, Mr. Hattrick must complete initial service of the Complaint and Summons on each of the defendants. All service shall be made in a manner authorized by Rule 4 of the Federal Rules of Civil Procedure.

2. The Clerk of Court shall provide three summons forms to Mr. Hattrick.

3. To complete each summons form properly, Mr. Hattrick must include all of the following on the form:[3]

    a. At the top each form, above "SUMMONS IN A CIVIL ACTION," enter the information as found on the first page of this order:

        i. the name of the Court (at the very top middle of the page, after "United States District Court for the District of Alaska"); and

        ii. the parties' complete full names (above Plaintiff(s) v. Defendant(s), respectively); and

        iii. the case number, after "Civil Action No."

    b. As to who the summons is "To," Mr. Hattrick should complete one summons for each defendant. Mr. Hattrick should write the full name and mailing address for each defendant, if known.

    c. After the paragraph ending, "The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are" on the summons form, enter the name and the address of the address at which

---

[3] *See* Fed. R. Civ. P. 4(a).

Case No. 5:20-cv-00013-SLG, *Hattrick v. City of Ketchikan, et al.*
Order Regarding Service of Summons and Complaint
Page 2 of 7
Case 5:20-cv-00013-SLG   Document 8   Filed 01/13/21   Page 2 of 7

any answer or motion should be served on Mr. Hattrick. If Mr. Hattrick retains an attorney, that attorney's name and address information should be entered here. If Mr. Hattrick continues to be self-represented, then his mailing address should be entered.

   d. After Mr. Hattrick completes the required summons forms, he should mail to the court the following: (1) each of the completed summons forms; (2) three copies of the complaint to the Court; and (3) three copies of this order to the following address:

   U.S. District Court
   222 West 7th Avenue, #4
   Anchorage, Alaska 99513

   If the summons forms have been completed in the proper form, they will then be issued by the Clerk of Court for service.

4. Once Mr. Hattrick has received the summonses issued by the Clerk of Court, he should make a copy of the summons for his records. He must then serve a copy of his Complaint and the issued summons on each defendant, using a method of service authorized by Rule 4, Federal Rules of Civil Procedure.[4]

---

[4] Fed. R. Civ. P. Rule 4(e)(1) allows service to be done by "following state law for serving a summons" in a state court proceeding. The state court procedure is set out at Rule 4, Alaska Rules of Civil Procedure. For additional information, *see* Alaska Court System forms CIV-106 (How to Serve a Summons in a Civil Lawsuit) and CIV-135 (Civil Rule 4(f) Affidavit). These forms are available on the Alaska Court System's website at https://courts.alaska.gov/forms/index.htm,

Case No. 5:20-cv-00013-SLG, *Hattrick v. City of Ketchikan, et al.*
Order Regarding Service of Summons and Complaint
Page 3 of 7

Case 5:20-cv-00013-SLG   Document 8   Filed 01/13/21   Page 3 of 7

5. The requirements of service are not completed until proof of service has been submitted to the Court within ninety (90) days of this order.[5]

6. At all times, Mr. Hattrick shall keep the Court informed of any change of address. Such notice shall be titled "Notice of Change of Address."[6] The notice shall contain only information about the change of address, and its effective date. The notice shall not include requests for any other relief. Failure to file the notice may result in the dismissal of the action for failure to prosecute under Rule 41(b) of the Federal Rules of Civil Procedure.

7. All future papers sent to the Court must be identified with the name of the Court, the case number, the name of the Plaintiff, the name of the first defendant, and the title of the document, as illustrated on the first page of this order.[7]

---

[5] *See* Fed. R. Civ. P. Rule 4(l)(1) (proving service).

[6] *See* Local Civil Rule 11.1(b) (requiring a notice of change of address to be filed "[s]elf-represented parties must keep the court and other parties advised of the party's current address and telephone number."). A Notice of Change of Address form, PS23, may be obtained from the Clerk of Court, if needed.

[7] *See* Fed. R. Civ. P. 10(a) ("The title of the complaint must name all the parties; the title of other pleadings, after naming the first party on each side, may refer generally to other parties.").

Case No. 5:20-cv-00013-SLG, *Hattrick v. City of Ketchikan, et al.*
Order Regarding Service of Summons and Complaint
Page 4 of 7
Case 5:20-cv-00013-SLG   Document 8   Filed 01/13/21   Page 4 of 7

8. After a defendant has filed an entry of appearance in this case, Mr. Hattrick shall serve a copy of any future filings submitted to the Court upon each such defendant, or, if an attorney has appeared for a defendant, on that defendant's attorney(s).[8] Mr. Hattrick shall include, with any original paper filed with the Court, a certificate stating the date that an exact copy of the document was mailed to each of the defendant or defendant's counsel. A Certificate of Service may be written in the following form at the end of the document:

> I hereby certify that a copy of the above (name of document) was mailed, first class, U.S. mail, to (name of opposing party or counsel) at (address) on (date of delivery for mailing to correctional officer).
>
> (Signature)

Any paper received by a District Court Judge or Magistrate Judge that does not include a Certificate of Service indicating that each defendant was served with a copy of that document will be disregarded by the Court.

9. Each litigant is responsible for keeping a copy of each document filed with the Court. When a self-represented litigant sends a document to the Court, the litigant receives a Notice of Electronic Filing ("NEF") from the Court that states when that document was filed on the docket and the docket number of the document. Copies of documents that have been filed with the Court may be obtained from the Clerk's Office for $0.50 per page. In the event of

---

[8] *See* Fed. R. Civ. P. 5.

Case No. 5:20-cv-00013-SLG, *Hattrick v. City of Ketchikan, et al.*
Order Regarding Service of Summons and Complaint
Page 5 of 7
Case 5:20-cv-00013-SLG   Document 8   Filed 01/13/21   Page 5 of 7

special circumstances or serious financial need, a party may file a motion asking for the cost of copies to be waived or reduced.

10. No party shall have any *ex parte* communication with a District Court Judge or Magistrate Judge of this Court about the merits of this action. This means that parties cannot communicate with any judge without the presence and/or knowledge and consent of the other parties. For example, Mr. Hattrick shall not write letters to, or call, a judge directly. Any request for action by the Court regarding these proceedings must be filed with the Clerk of Court as a motion.

11. A motion should contain the information identified in the caption of this Order and should be titled "Motion for (add the relief requested)." In a motion, a party should state specifically and concisely what he or she wants, so that the Court understands what the party is requesting. This Court's Local Civil Rule 7.4 requires that each motion be filed with a proposed order that the Court can issue, if the motion is granted. The proposed order helps to clarify what the moving party is asking the Court to do.

12. All documents filed with the Clerk of Court must contain an original signature, and must be mailed to the Court at the following address:

> U.S. District Court
> 222 West 7th Avenue, #4
> Anchorage, Alaska 99513

Case No. 5:20-cv-00013-SLG, *Hattrick v. City of Ketchikan, et al.*
Order Regarding Service of Summons and Complaint
Page 6 of 7
Case 5:20-cv-00013-SLG   Document 8   Filed 01/13/21   Page 6 of 7

13. The Clerk of Court is directed to send the following to Mr. Hattrick: (1) a copy of this order, (2) three AO 440 summons forms, (3) motion form PS12, and (4) a copy of the Court's *pro se* handbook, "Representing Yourself in Alaska's Federal Court."

DATED this 13th day of January, 2021 at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE

Case No. 5:20-cv-00013-SLG, *Hattrick v. City of Ketchikan, et al.*
Order Regarding Service of Summons and Complaint
Page 7 of 7
Case 5:20-cv-00013-SLG   Document 8   Filed 01/13/21   Page 7 of 7