Laura J. Eakes
Walker & Eakes, LLC
329 F Street, Ste 200
Anchorage, AK 99501
Phone (907) 272-9255
Fax (907) 27-9256
Laura@walkereakes.com

Attorney for Defendant City of Ketchikan

## UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

| | | |
|---|---|---|
| BRUCE JOSEPH HATTRICK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF KETCHIKAN, JOHN | ) | Case No. 5:20-cv-00013-SLG |
| KLEINEGGER AND SETH BRAKKE, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## DEMAND FOR TRIAL BY JURY

COME NOW, defendants CITY OF KETCHIKAN, JOHN KLEINEGGER AND SETH BRAKKE, by and through counsel, Walker & Eakes, and hereby demands a trial by jury in this action regarding each issue so triable.

DATED this 9th day of March 2021 at Anchorage, Alaska.

WALKER & EAKES, LLC
Attorney for Defendants
CITY OF KETCHIKAN, JOHN
KLEINEGGER AND SETH BRAKKE

By: /s/ Laura J. Eakes
Laura Eakes
Alaska Bar No. 0011072

**Walker & Eakes, LLC**
329 F Street, Suite 200
Anchorage, Alaska 99501
PH: (907) 272-9255
FAX: (907) 272-9256

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing was served this 9th day of March 2021 by:

     ___: Mail
     _X_ : Email
     ___: Facsimile
     ___: Hand Delivery
     ___: Courier

To the following persons:

Bruce Hattrick – pro se
631 Cook Street
Ketchikan AK 99901
brucehattrick@gmail.com


     */s/ Amable Rosa*
       Walker & Eakes, LLC

170.461/pld/2021-03-09 Jury Demand

**Walker & Eakes, LLC**
329 F Street, Suite 200
Anchorage, Alaska 99501
PH: (907) 272-9255
FAX: (907) 272-9256

*Hattrick v Ketchikan*; Case No. 5:20-cv-00013-SLG
DEMAND FOR TRIAL BY JURY
Page 2 of 2