Laura J. Eakes
Walker & Eakes, LLC
329 F Street, Ste 200
Anchorage, AK 99501
Phone (907) 272-9255
Fax (907) 27-9256
Laura@walkereakes.com

Attorney for Defendant City of Ketchikan

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ALASKA**

| | |
|---|---|
| BRUCE JOSEPH HATTRICK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| CITY OF KETCHIKAN, JOHN ) | Case No. 5:20-cv-00013-SLG |
| KLEINEGGER AND SETH BRAKKE, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## **ANSWER**

COME NOW, defendants CITY OF KETCHIKAN, JOHN KLEINEGGER AND SETH BRAKKE, by and through counsel Walker & Eakes, and hereby files its answer to plaintiff's complaint as follows:

A. Defendants admit that there was an issue involving bank erosion during the Jackson Heights subdivision development. Defendants lack knowledge of any trespass and therefore this allegation is denied. Defendants deny any other allegation in this paragraph.

B. Defendants admit that during the Jackson Heights development, the sewer lines were connected. Defendants deny that there is any viable cause of action against them for any of the events alleged in the paragraph. Defendants deny the factual allegations as alleged by the

**Walker & Eakes, LLC**
329 F Street, Suite 200
Anchorage, Alaska 99501
PH: (907) 272-9255
FAX: (907) 272-9256

plaintiff. Defendants understand that plaintiff either by himself or through his contractors failed to properly verify the location of the City lines before installing the pipe.

  C. Defendants admit that there was an issue involving bank erosion during the Jackson Heights subdivision development. Defendants admit that fabric and shot rock can be utilized to stabilize banks at a certain range of angles. Defendants lack specific information regarding what bank stabilization the plaintiff is referring to, and therefore deny the allegation in this complaint. Defendants deny any violation of plaintiff's Constitutional rights.

  D. Defendants lack information regarding what methods the plaintiff used on the pipe in question and therefore deny the allegations regarding it. The defendants deny the remaining allegations in this paragraph and deny that the plaintiff has any viable cause of action against them for any allegations in this paragraph.

  E. Defendants admit that plaintiff has sought to develop the property known as the proposed Rosemary Loop subdivision. Defendants admit that they rejected the proposed use of Romac Alpha couplers. Defendants admit that the City has required the use of properly recorded fusion couplings. Defendants admit that other couplings have been utilized for other projects. Defendants deny that this decision violates the plaintiff's equal protection rights. Defendants deny that the plaintiff has any viable cause of action for the allegations in this paragraph.

  F. Defendants admit that they utilized an electrofusion saddle for a specific purpose. Defendants deny that this use is inconsistent with any requirements for plaintiff's proposed subdivision. Defendants deny that the plaintiff's paragraph states any cause of action against them. Defendants deny that the plaintiff was given permission as alleged.

*Hattrick v Ketchikan*; Case No. 5:20-cv-00013-SLG
ANSWER
Page 2 of 5

**Walker & Eakes, LLC**
329 F Street, Suite 200
Anchorage, Alaska 99501
PH: (907) 272-9255
FAX: (907) 272-9256

G. Defendants admit that they rejected plaintiff's use of his fusion machine. Defendants rejected this machine's use because it lacked any method of recording the fusion. Defendants admit that they refused the use of a Romac Alpha Coupler because this is an inappropriate method for the pipe in question, as it explained to the plaintiff. Defendants deny that these actions violated plaintiff's rights in any way or constituted "harassment." Defendants admit that plaintiff has subsequently ceased work on the project and has not offered the necessary recorded proof of the fusion.

H. Defendants admit that plaintiff failed to compact the fill along the sides and over the pipe work. Defendants deny that the request to compact the fill was improper or inconsistent. Defendants deny the remaining allegations.

I. Defendants admit that there has been no ADEC approval for the project. Defendants deny the plaintiff's characterization of this process.

J. Defendants admit that the City has requested that the plaintiff sign a line extension agreement before proceeding with further work. Defendants admit that the City will not certify the ADEC request until the agreement is in place. Defendants admit that it has frequently not needed to use this agreement in the past. Defendants deny the remaining allegations in this paragraph.

K. Defendants deny the allegations in this paragraph.

L. Defendants admit that the City has requested that the plaintiff sign a line extension agreement. Defendants deny that this is extortion, and deny the remaining allegations in the complaint.

M. Defendants deny the allegations of slander and the remaining allegations in this paragraph.

**Walker & Eakes, LLC**
329 F Street, Suite 200
Anchorage, Alaska 99501
PH: (907) 272-9255
FAX: (907) 272-9256

N. Defendants deny the allegations in this paragraph.

O. Defendants deny the allegations in this paragraph.

## AFFIRMATIVE DEFENSES

1. Plaintiff has failed to state a claim upon which relief can be granted or has otherwise failed to establish a cognizable claim as a matter of law. Plaintiff's repeated allegations of "equal protection" violations are not grounded in facts. The defendants' decisions in question had a reasonable basis, to the extent they are even subject to Constitutional challenge.

2. Plaintiff's claims regarding the Jackson Heights project are barred by the applicable statute of limitations and/or laches.

3. Plaintiff claims regarding the proposed Rosemary Loop subdivision are unripe.

4. Plaintiff has failed to exhaust administrative remedies.

5. Plaintiff has failed to mitigate his damages.

6. The plaintiff's claims are barred in whole or part by absolute and/or qualified immunity.

## PRAYER

WHEREFORE, having answered the plaintiff's complaint, answering defendants pray that the same be dismissed with prejudice; that plaintiff takes nothing from defendants; that defendants be awarded their costs and attorney's fees incurred in defending this action; and for such other and further relief as this court deems just and equitable.

**Walker & Eakes, LLC**
329 F Street, Suite 200
Anchorage, Alaska 99501
PH: (907) 272-9255
FAX: (907) 272-9256

DATED this 10th day of March 2021 at Anchorage, Alaska.

                    WALKER & EAKES, LLC
                    Attorney for Defendants
                    CITY OF KETCHIKAN, JOHN
                    KLEINEGGER AND SETH BRAKKE

By: /s/ Laura J. Eakes
    Laura Eakes
    Alaska Bar No. 0011072

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served this 10th day of March 2021 by:

    _X_: Mail
    _X_: Email
    ___: Facsimile
    ___: Hand Delivery
    ___: Courier

To the following persons:

Bruce Hattrick – pro se
631 Cook Street
Ketchikan AK 99901
brucehattrick@gmail.com

    /s/ Amable Rosa
        Walker & Eakes, LLC

170.461/pld/2021-03-10 Answer

**Walker & Eakes, LLC**
329 F Street, Suite 200
Anchorage, Alaska 99501
PH: (907) 272-9255
FAX: (907) 272-9256

*Hattrick v Ketchikan*; Case No. 5:20-cv-00013-SLG
ANSWER
Page 5 of 5