# Ketchikan Gateway Borough Permit Application

| | |
|---|---|
| Customer Number | 602046 |
| Permit Number | 21-014 |
| Date | 2021-04-21 |
| Approved By | |

☐ NEW ELECTRIC ME

## Applicant Information

| Field | Value |
|---|---|
| Owner | HATTRICK BRUCE J & SAUNDRA E & |
| Second Owner | STREETS SUSAN |
| Mailing Address | 631 COOK ST ; KETCHIKAN AK; 99901 |
| Applicant | HATTRICK BRUCE J & SAUNDRA E & |
| Relationship | |
| Phone Number | |
| Work Number | |
| Preferred Contact | |
| Email Address | |

☐ Contact By Email Preferred

## Existing Property Information

| Field | Value |
|---|---|
| Property Address | ROSEMARY LOOP 1080 |
| Zoning | RM |
| Deed Description | TRACT A1 OF NORTH JACKSON HEIGHTS SUBDIVISION PHASE 2, TRACT A & LOT 1 REPLAT, ACCORDING TO PLAT NO. 2020-2. KETCHIKAN RECORDING DISTRICT, FIRST JUDICIAL DISTRICT, STATE OF ALASKA. |
| Lot | 00A-JACK |
| Block | 000 |
| Survey | 1229 |
| Assessor's Parcel Number | 011212000401 |
| Plat Number | 2018-18 |

## Proposed Project Information

Permit Expires:

**Land Use Description:** Case 21-014 is a request for a preliminary plat to create five lots from Tract A1, North Jackson Heights Subdivision; located at 1080 Rosemary Loop, City of Ketchikan. Filed by Bruce & Saundra Hattrick and Susan Streets on April 16, 2021.

TOTAL PARKING SPACES PROVIDED:

**Conditions:**

☐ ZPN  ☐ ZONING PERMIT:  ☐ ZONING PERMIT:  ☐ ZONING PERMIT:

☐ CORRESPONDENCE  ☐ TEMPORARY ZONING PER  ☐ SIGN PERMIT

### THE BELOW APPLICATION(S) ARE REQUIRED

☐ CITY BUILDING  ☐ ADEC APPROVAL  ☐ ADOT DRIVEWAY  ☐ KGB UTILITY HOOKUP  ☐ WATER  ☐ SEWER  ☐ SDC FEE

# rosemaryloop plat

**Bruce Hattrick** <brucehattrick@gmail.com>
Sun 4/4/2021 6:25 PM
To: Alethea Johnson <aletheaj@kgbak.us>

My plan is to split off 4 or 5 lots at a time as I need them to build, until I complete the lots on the shadow plat. To get started, I will build a second house on Rosemary Loop, while Enie Hamilton is completing the road loop (which the part not servicing subdivided lots will be kept private until needed for access for future lots. although an easement will be granted for fire vehicles only, to use the loop). Ernie will continue sewer and water mail lines installation for the rest of the project.

I currently have a pending Federal lawsuit against the water board. As such I request that a waiver be provided so I can continue building while the lawsuit is pending in the court system. it is my understanding I may put up a bond. However, a bond would be minimal as I have bought all the parts for the water system and they are ready at the job site and I have already installed a portion of the water mainline. The sewer system and power have already been installed. And compensation has already been made for the installation of the sewer and water power systems. Thus the only hold up on the installation of the water and having the utilities complete is the city, when the lawsuit is settled I will complete the water to the courts specifications. Again the city is the only hold up to the installation of the water. My belief is that the lawsuit will be settled by the time the next house is completed, as I realize I can not get occupancy on the houses without water. However, I can't build another house without subdividing the property. Any help that you can provide is greatly appreciated.

Thank You Bruce Hattrick

