

**KPU**

*Your Community, Your Utility*

Water
2930 Tongass Avenue
Ketchikan, AK 99901

Phone (907) 225-1000
Fax (907) 247-3232

September 25, 2020

*Sent via email to: Bruce Hattrick <brucehattrick@gmail.com>*

Mr. Bruce Hattrick
631 Cook Street
Ketchikan, AK 99901

**Subject: Rosemary Loop Line Extension Agreement**

Dear Bruce,

In response to your September 18th email, a copy of KMC 11.06.010 is attached. As you will see, that ordinance requires a contract be entered into between the applicant and KPU. The agreement sent to you is based on a form used by KPU for a number of years in the past. While it has not been used on smaller projects for a number of years that does not mean the ordinance requirements should be ignored.

This is a situation where it is important that you and KPU have a written agreement spelling out the expectations of both parties. There have already been a number of disagreements as to how this project needs to proceed. KPU is quite concerned that you have started work on the water system without the required approval from ADEC.

The ADEC form you have asked KPU to sign requires it to acknowledge the public water systems responsibility at all times for the quality of the water served by it. In order to do that KPU must be assured that the project is properly constructed in accordance with its specifications. That is why a written agreement is needed. If you have questions or concerns about any specific provision in the agreement, please feel free to bring those to my attention.

In respect to your request to use a Romac Alpha restrained joint coupling to join new HDPE pipe to new HDPE pipe on the Rosemary loop project, here is a brief summary of why KPU chose not to allow this product in this situation.

KPU presently has one Romac Alpha restrained joint coupling installed in the water main adjacent to the Moose Club in Hopkins Alley. It connects ductile iron pipe to ductile iron pipe, and was installed in January of 2020. Submerged in salt water at the highest tides and then exposed

at low tides, this is very corrosive environment and this is a test unit to determine how well it survives. The grippers that are used secure this Alpha coupling to the ductile iron pipe segments are made from ductile iron.

In 1988 in a similar environment, KPU used Megalugs (another proprietary joint restraint product) to install a new water main beneath Thomas Street which is also exposed to salt water at high tides. Megalugs use multiple ductile iron wedges that are each torqued down to firmly grip the ductile iron pipe segments and then form a water-tight mechanical joint. Thomas Street has already experienced corrosive failure of multiple gripping wedges that were holding the ductile iron mechanical joints together which caused severe leaks. KPU has already replaced them once and they are likely to require replacement again fairly soon.

Being susceptible to failure in corrosive environments is the reason KPU is not enamored with using unproven Romac Alphas to couple together segments of a HDPE water main which, if properly installed, has an expected useful service life of over 100 years. The life cycle cost is the prime criteria for installation of underground utilities that are expensive to repair or replace, not minimal initial cost.

KPU has reason to believe that another Romac Alpha coupler was probably installed in an extension of the upper Jackson Heights water main built by you. Fred Monrean's design prepared in 2017 does make mention of a "Romac Alpha restrained joint" at the "connect to existing" note, however, one was not ultimately installed at that location. Instead, it is suspected that one was used approximately 60 feet up hill. When you re-started the upper Jackson Heights water main extension in October of 2017, you failed to make any communication that you intended to re-start. Consequently, no photos of this segment of construction are known to exist and this segment of the upper Jackson Heights extension was uninspected. In 2017, KPU had yet to try a Romac Alpha coupler, and KPU was interested in having one installed as a test unit placed near the end of the dead-end main since it would have minimal effect and repair cost if it failed. This can be contrasted with the proposed installation location on Rosemary loop that is not a dead end road, increasing the potential effect should this coupler fail.

The submittal you provided for the Rosemary Loop project did not include any Romac Alpha joint couplings. It did include Star Pipe Products Stargrip mechanical joint wedge action restraints for <u>ductile iron pipe</u> which is acceptable.

KPU's Specifications for restraint of ductile iron pipe include the following:

2.13 JOINT RESTRAINT FOLLOWER GLANDS

Joint restraint follower glands shall include a restraining mechanism which imparts a multiple wedging action against the pipe, increasing its resistance as the pressure increases. The restraining gland shall be Megalug Series 1100, EBBA Iron, Inc. Glands shall be coal tar epoxy coated, 16 mil DFT on glands, 6 to 8 mil DFT on small parts. Flexibility of joint shall be maintained after burial. Twist-off nuts shall be used to ensure correct bolt torque. Glands shall be designed for a 250 psi. working pressure with a 2:1 factor of safety.

Alternative proprietary restrained joint systems which provide equivalent strength and flexibility, and allow disassembly, may be permitted subject to approval by the Owner.

2.16 COUPLINGS AND ADAPTERS

A. Flanged x mechanical joint coupling adapters shall be cast ductile iron throughout. Substitution of a NPT threaded flanged end onto MJ pipe is not allowable. Ductile iron pipe barrel to conform to the requirements of AWWA C151. Flanges to meet requirements of AWWA C115 and C110.

B. Couplings for joining plain end ductile iron pipe shall be ductile iron sleeves w/ Megalug Series 1100 restraint installed at both ends.

For HDPE pipe construction, butt fusing is the preferred method and described in KPU's specifications as follows:

3.05 HDPE CONSTRUCTION

A. Butt Fusion Joining

1. Plain end pipe and fittings shall be made using thermal butt-fusion. The butt fusion procedures shall be in accordance with the manufacturer or the Plastic Pipe Institute. The fusion equipment operator shall receive training or be certified using the recommended procedures. The Contractor shall be responsible to verify that the fusion equipment is in good operating condition and that the operator has been trained within the past twelve months. The fusion equipment shall be equipped with a Data Logger. Numbered records of the welds (heater temperature, fusion pressure, and a graph of the fusion cycle) shall be maintained and copies provided to the Owner for five (5) years. Each weld shall be readily identified in a permanent manner using the same record weld number. Should the contractor elect to use a colored marking system, caution should be taken that only a non-petroleum marker is used to identify the weld. Fusion beads shall not be removed.

C. Mechanical Joining

1. Mechanical joining will be used only where the butt fusion method cannot be used.

2. Joint assembly of HDPE pipe to a ductile iron mechanical joint (MJ) fitting or valve shall be accomplished by using a HDPE MJ adapter with a stainless insert, rubber gasket, and a ductile iron, hot-dipped galvanized, back-up ring. 316 stainless steel (SS) "T-Head" bolts with heavy hex nuts, fabricated "T-Head" bolts from 316 SS allthread rod, or 316 SS cap screws with heavy hex nuts shall be used for joint assembly. Note that to assemble fittings with restricted clearances, some regular hex nuts and 316 SS cap screws that are one diameter smaller than customary may also be required.

3. **No mechanical joint that is not specifically identified within these Contract Documents shall be installed without prior express written permission granted by the Owner.**

Given that the specifications do not allow the use of an alternative method of connecting HDPE pipe to HDPE pipe, and KPU has concern about the how this product will perform over the long haul, KPU is entirely within its purview to reject the proposed use of a Romac Alpha coupler for use on the Rosemary Loop project.

On September 23rd you sent two additional emails regarding the Rosemary Loop project. One email addressed the KPU specification for HDPE fusion machines. To clarify, the specification clearly requires that "The fusion equipment shall be equipped with a Data Logger. Numbered records of the welds (heater temperature, fusion pressure, and a graph of the fusion cycle) shall be maintained and copies provided to the Owner for five (5) years." (reference "Specification 02660: 3.05 HDPE CONSTRUCTION, A. Butt Fusion Joining" shown above). The fusion equipment used to date did not have that capability; therefore, it has not met the specification. Our expectation is that you provide and use fusion equipment that is capable of this requirement, and that you provide the data required.

In your second email you provided a HDPE training certificate from September of 2017. We thank you for that submittal. In recognition of that, we are willing to allow an exception to the specification that requires training within the last 12 months provided that you obtain a new training certificate in the next 12 months. Similar to you, we would also like to see this project progress. In order to proceed, we need you to sign and provide the attached Line Extension Agreement at your earliest convenience.

Best regards,

John C. Kleinegger
Water Division Manager/ Project Engineer

cc: Seth Brakke, PE, Assistant Water Division Manager
David Johnston, Water Division Foreman