Bruce Hattrick
Name
631 Cook Street
Ketchikan Alaska 99901
Mailing address
907-617-7530
Telephone

RECEIVED

DEC 01 2021

CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

Bruce Hattrick,
Plaintiff/Petitioner,

vs. City of Ketchikan

John Kleinegger
et al., Sctty Burkke
Defendant(s)/Respondent.

MOTION to/for

Discovery

Case No. 5:20 CV-00013-SLG

I, Bruce Hattrick _____, representing myself without a lawyer, move to/for: Discovery of Information

under the following statute(s)/rule(s) (if known):_____

for the following reason(s):_____

_____

_____

_____

_____

_____

_____

PS12 – Non-Prisoner Motion (06/15)

Comes now petitioner Bruce Hattrick and request this court require the defendants to provide all the discovery information they stated they would provide when they ask for more time to file their motion of opposition for summary judgment. And the other information Hattrick has requested. Defendants are very much picking and choosing what they are providing. Intentionally leaving out very important documents.

Hattrick spoke with defendants' attorneys who assured him that if he allowed them more time, they would provide the contracts he had requested of those people in a similar situation. This was a verbal conversation thus no written documents are available. There is no valid reason why defendants should withhold the requested documentation.

The defendants have provided some of Hattrick's request for discovery, which include a couple contracts including Mill Street job, Valley Court job and Bamville job. The Mill Street contract is somewhat similar to Hattricks, the Valley Court contract is very similar and is similarly situated as Hattrick's. Bamville is also somewhat similar.

None of these contracts require the persons to be responsible for any of the defendants (cities) negligence and they also do not require such a heavy easement burden as they are attempting to contractually place on Hattrick. These above listed contacts do show the cities singling out Hattrick and treating him more harshly than those in a similar situation.

However, there are two other contracts that are similarly situated as Hattrick that he specifically especially wanted and requested. Chris Herby and Kelly Roth, these are similarly situated landowners. These contracts also show no negligent requirements and easements are not so overly burdensome as they are trying to contractually require of Hattrick.

In "defendants' response to plaintiff's discovery request" the listed issues are addressed:

1.  The differences regarding KPU $5000 bid requirement in the water boards $50,000 no three bid minimum requirement even though they are part of KPU.

2.  Emails justifying why they did not go to 38 feet agreed-upon and stopped on top of the culvert. the city states they changed the pipe to HDPE even

though there was no written agreement disagreement, there was a verbal agreement between the city and Hattrick and the city did not fulfill the obligation they stated in the verbal agreement.

3. The list of all HDPE jobs including data logger information. The city gave a partial list of jobs and places a data logger was used some of which Hattrick knows is faults, as he assisted in welding pipe on some of the jobs. Hattrick request the data logger, data that is submitted and held by the city to show the cities false statements, of what jobs used a data logger and which job did not, as the city is listing jobs claiming to use a data logger that Hattrick assisted with welding the pipe, so he knows no data logger was used. Hattrick request the time stamped information that the data logger provides so cities false statements can be shown. Hattrick also requests a list of all the jobs in the past 7 years that have not used a datalogger, to show the city is trying to skew the results, by withholding information.

4. Again the city is claiming Bam used a data logger; However, they provide no proof Hattrick has submitted photos of Roy Palo welding the pipe that Hattrick assisted to weld with Bam construction on the Jackson Heights project the cities claim Bam use the data logger is faults, Hattrick assisted in

the welding of the pipe. Hattrick request the photos of Roy Palo using Dan Hoyt's machine on Jackson Heights as well as the time stamped data logger information the city claims to have for such jobs, with time stamped data logger results. Hattrick knows the city does not have this information because he assisted in welding of the HDPE and no Datalogger was used.

5.  Seth Brekke has photos of Roy Palo welding with Bruce Hattrick on Jackson Heights, with no datalogger. He should be required to provide these photos. These photos were in the file for the Jackson Heights water project on Brakkes computer.

6.  The minutes of the city council meeting executive session of Hattrick's complaints is very pertinent as the city has claimed Hattrick has made no attempts to have changes made to the line extension agreement these minutes show Hattrick's attempts to have the line extension agreement changed. As such showing the cities faults statements yet again. The city claims an objection that these requests sensitive material as protective attorney-client communication, however just communication directly affects this case and minutes should be provided with possibly some attorney client issues withheld.

However, if the court rules these minutes are protected, then Hattrick requests the city be required to provide the minutes of the meetings where Hattrick has publicly requested help from the city, to have the line extension agreement changed.

All the above listed request goes to show the cities bias and reasons for vindictive treatment towards Hattrick

Hattrick request the above listed information as well as the original contract of Wold's project before the courts were involved and Wold's contract changed, which the original contract is even more similarly situated to Hattrick.

Hattrick also request Chris Herby's and Kelly Roth permit engineering contract, which is similarly situated as Hattrick's contract and is very similar. Hattrick requests this information so he can submit it to the court at one time with the Mill Street, Valley Court, and Bamville projects. Instead of having to submit a little at a time, due to the defendants not providing the information together in a timely manner.

However, Hattrick asserts this information may not be required, as the court has a motion for summary judgment in front of them at this time. This motion shows a contract that Brakke submitted (claiming it has been used many times over the last 12 years) showing Hattrick has been treated much harsher and placed with much more burdensome Easement and negligence requirements than others in a similar situation. Now the city also has provided Mill Street contract and Banville contract, which are somewhat similar and Valley Court contract which is very similar. None of these contracts require signees to be responsible for the cities negligence like they are trying to contractually require Hattrick to be responsible for, and they do not have such burdensome easement requirements as the contract they are trying to require Hattrick to sign to have water installed of his property.

As such, Hattrick request that full summary judgment be granted to him for the list of reasons and requested amount if the courts need further explanation of why the requested Sum of Monterey compensation is appropriate or wish to further explore the above listed contracts and their connection to this case. Hattrick request the court set time for oral arguments to better address these issues. Hattrick will be happy to provide a better

breakdown of what the city's actions have cost him to justify the monetary compensation and further explore the differences the city is trying to contractually require of Hattrick, than those in a similar situation.

However, if the courts do not rule in favor of Hattrick in his motion for summary judgment, Hattrick requests that the above listed information and contracts be provided to him so that he can continue strengthening his case and this matter may proceed to a jury trial.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Date: 11-29-2021

_Bruce Hattrick_
Signature

_____

## Certificate of Service

I hereby certify that a copy of the above Motion was served upon
Laura Eakes of Walker and Eakes LLC, for

City of Ketchikan, John Kleinegger, Seth Brakke by Mail at
(Name of opposing party/counsel, if already served with summons)   (Mail/fax/hand-delivery)
329 F Street, Ste. 200
Anchorage, AK 99501 on 11-29-2021 .
(Address)                                        (Date)

_Bruce Hattrick_
(Signature)

Non-Prisoner Motion
Page 2 of 2

Bruce Hittrick
631 Dock ST
Ketchikan, AK 99901

first class

United States District Court
Federal Buildings U.S. Court House
court clerks
222 W. 7TH Ave, #4
Anchorage, Alaska. 99513

first class

U.S. POSTAGE PAID
ANCHOR AK
09901
APR 20, 21
AMOUNT
$1.36
R2304E106838-03

1000

99513